IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHO-AIR INTERNATIONAL, INC., <br>    Plaintiff, <br><br> V. <br><br> DESIGN TRANSPORTATION SERVICES, <br> INC., d/b/a DESIGN TRANSPORTATION, <br> INC. <br>    Defendant. | § <br> § <br> § <br> § <br> § <br> §   C.A. NO. 4:11-CV-2372 <br> § <br> § <br> § <br> § |

### UNOPPOSED 60 DAY ORDER OF DISMISSAL

Counsel for the parties having announced that an amicable settlement has been recommended in this action, and the court being otherwise advised in the premises, it is:

ORDERED that this case is hereby dismissed on the merits without prejudice to the rights of either party to move for reinstatement within sixty (60) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act..

SIGNED at Houston, Texas on this _____ day of _____ 2012.

_____
UNITED STATES DISTRICT JUDGE

Approved and Entry Requested,

*[signature]*

DANA K. MARTIN
HILL RIVKINS, LLP
SDTX I.D. No.: 126
Texas Bar No.: 13057830
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Telephone:   (713) 222-1515
Direct Line:   (713) 457-2287
Telefax:       (713) 222-1359
Email: dmartin@hillrivkins.com

ATTORNEY IN CHARGE FOR PLAINTIFF
Sho-Air International, Inc.

OF COUNSEL:

HILL RIVKINS, LLP

## Certificate of Service

On this the 8th day of August 2012, true and correct copies of the forgoing were duly served by e-filing or by mailing same, postage prepaid, to:

Robert Oliver, Esq.
**SHARPE & OLIVER**
**550 Westcott St., Suite 230**
**Houston, Texas 77007**

*[signature]*