IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHO-AIR INTERNATIONAL, INC., <br>         Plaintiff, <br><br> V. <br><br> DESIGN TRANSPORTATION SERVICES, INC., d/b/a DESIGN TRANSPORTATION, INC. <br>         Defendant. | § § § § § § § § § § §    C.A. NO. 4:11-CV-2372 |

## ORDER OF DISMISSAL

This case has been settled. The above numbered cause of action, and all counterclaims, and cross-claims are dismissed with prejudice, with each party to bear their respective costs of court and attorney's fees.

SIGNED at Houston, Texas on this ___6th___ day of ___September___ 2012.

_____
Nancy F. Atlas
United States District Judge